## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>Andrew Harrison Fowler | **CASE NUMBER**<br><br>ED15-210M |
| PLAINTIFF | |
| DEFENDANT(S). | **ORDER OF TEMPORARY DETENTION<br>PENDING HEARING PURSUANT<br>TO BAIL REFORM ACT** |

Upon motion of _Defense Counsel_____, IT IS ORDERED that a detention hearing is set for _May 29_____, _2015_____, at _3:00_____ ☐a.m. / ☒p.m. before the Honorable _David T. Bristow_____, in Courtroom _3_____.

Pending this hearing, the defendant shall be held in custody by the United States Marshal or _____ and produced for the hearing.
*(Other custodial officer)*

Dated: **MAY 2 8 2015**_____        **DAVID T. BRISTOW**_____
                                          U.S. District Judge/Magistrate Judge